Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, APC**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Neil Henry Edwards

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL HENRY EDWARDS, an Individual; <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION LLC, is business entity, form unknown; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No.: CV 12-08043 GAF (MRWx) <br><br> Hon. Gary A. Feess <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC, AND OF THE ENTIRE CASE |

Plaintiff Neil Henry Edwards and Defendant Trans Union LLC (hereinafter "Trans Union") have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the court, Plaintiff Neil Henry Edwards stipulates to dismiss with prejudice all claims against Defendant Trans Union;

///

---
1

Stipulation of Dismissal With Prejudice of Defendant Trans Union

2. As there are no remaining parties to this case, this stipulation for dismissal is for the entire case;

3. Each party to pay their own incurred fees and costs.

Dated: Sept. 16, 2013        Law Offices of Robert F. Brennan, APC

By: _____
Robert F. Brennan, Esq.
Attorney for Plaintiff
Neil Henry Edwards

Dated: Sept. 16, 2013        MUSICK, PEELER & GARRETT LLP

BY: _____
Donald E. Bradley
Attorneys for Defendant
Trans Union LLC

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **September 16, 2013**, I served the foregoing document described as **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC, AND OF THE ENTIRE CASE**

[ x ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

**Representing Trans Union LLC**
Donald E. Bradley, Esq.
Musick Peeler & Garrett LLP
650 Town Center Drive   Suite 1200
Costa Mesa, CA  92626-1925

[ ] I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.
[x] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 16, 2013** at La Crescenta, California.

_____
Isabel Grubbs