Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, APC**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Neil Henry Edwards

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIL HENRY EDWARDS, an Individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>TRANS UNION LLC, is business entity, form unknown; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: CV 12-08043 GAF (MRWx)<br><br>Hon. Gary A. Feess<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC AND ENTIRE CASE |

Plaintiff Neil Henry Edwards has announced to the Court that all matters in controversy against Trans Union LLC have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

---

1

ORDER re: Stipulation of Dismissal With Prejudice of Def. Trans Union and Entire Case

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Neil Henry Edwards against Defendant Trans Union LLC are in all respects dismissed with prejudice to the re-filing of same, with Court costs to be paid by the party incurring same.

Since there are no remaining defendants in this case, this order shall result in the dismissal of the entire case.

DATED this 17th day of September 2013.

_____

JS-6

GARY A. FEESS
UNITED STATES DISTRICT JUDGE